138 So. 919

## George WATTS v. STATE.
### 3 Div. 947.

Supreme Court of Alabama.
Dec. 17, 1931.

PER CURIAM.
Appeal dismissed.

140 So. 923

## Mrs. W. A. WEBSTER v. G. E. DIXON et al.
### I Div. 716.

Supreme Court of Alabama.
April 5, 1932.

PER CURIAM.
Appeal dismissed by appellant.

139 So. 909

## Marie WESTMORELAND v. Eunice V. FRENCH.
### 8 Div. 289.

Supreme Court of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

138 So. 919

## I. L. WHITE, etc., v. D. W. ANDERSON et al.
### 3 Div. 3.

Supreme Court of Alabama.
Dec. 18, 1931.

W. O. Mulkey, of Geneva, and John L. Goodwyn, of Montgomery, for petitioner.

PER CURIAM.
Mandamus denied. Complainant has right of appeal from decree dismissing original bill.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

138 So. 919

## Charley WILLIAMS, alias Frank Nettles, alias Red, v. STATE.
### I Div. 632.

Supreme Court of Alabama.
Dec. 3, 1931.

W. H. Armbrecht and Leo Berman, both of Mobile, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BROWN, J.

The appeal in this case is on the record proper, without a bill of exceptions. The record has been examined, and the proceedings of the circuit court appear in all things regular and free from error. The judgment sentence of the circuit court is therefore affirmed, and, it appearing that the day fixed by the judgment for the execution of the sentence has passed, it is ordered that Friday, the 15th day of January, 1932, be fixed by this court as the date of the execution of the sentence.

Affirmed.

All the Justices concur.

139 So. 909

## W. P. BALLARD SUPPLY CO. v. John L. WILLIAMS.
### 6 Div. 74.

Supreme Court of Alabama.
Jan. 14, 1932.

London, Yancey & Brower, of Birmingham, for appellant.

John W. Altman, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.